UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC #: 3

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**Nana Agyeman**

Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-  ( )( )

21 Mag 2340

Defendant _____Nana Agyeman_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

X___   Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__   Bail/Detention Hearing

___    Conference Before a Judicial Officer

*Jennifer Willis*  signed on his behalf by his attorney
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___Nana Agyeman_____
Print Defendant's Name

*Jennifer Willis*
Defendant's Counsel's Signature

_Jennifer Willis_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 4, 2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge